**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

COREY WILLIAMS, Y48186,        )
                               )
        Plaintiff,             )
                               )
    vs.                        )        Case No. 26-196-NJR
                               )
JEREMIAH BROWN et al.,         )
                               )
        Defendants.            )

## NOTICE OF APPEARANCE

NOW COMES Kwame Raoul, Attorney General of the State of Illinois, by Zherong Kang,

Assistant Attorney General, State of Illinois, and hereby enters his appearance as counsel on behalf of

the Defendant, JEREMIAH BROWN, in his official capacity only, in the above cause.

                          Respectfully submitted,

                          JEREMIAH BROWN, in his official capacity
                          only,

                                  Defendant,

                          KWAME RAOUL, Attorney General,
Zherong Kang, # 6337517   State of Illinois
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701       Attorney for Defendant.
Phone: (217) 843-0341
Fax: (217) 782-8767
Email: Zherong.Kang@ilag.gov   By: s\ Zherong Kang
& gls@ilag.gov                     Zherong Kang, # 6337517

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

COREY WILLIAMS, Y48186,          )
                                 )
        Plaintiff,               )
                                 )
    vs.                          )          Case No. 26-196-NJR
                                 )
JEREMIAH BROWN et al.,           )
                                 )
        Defendants.              )

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, the foregoing document, **Notice of Appearance,** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Corey Williams, Y48186
Pontiac Correctional Center
Individual in Custody Legal Mail
700 West Lincoln Street
Pontiac, IL 61764

Respectfully submitted,

 s/ Zherong Kang
Zherong Kang, # 6337517
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 843-0341
Fax: (217) 782-8767
Email: Zherong.Kang@ilag.gov
& gls@ilag.gov